IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiffs,<br><br>  v.<br><br>i2A TECHNOLOGIES, INC., a California corporation, VICTOR BATINOVICH, an individual,<br><br>    Defendants. | No. C 15-04963 WHA<br><br>**SCHEDULING ORDER ON APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Last night, Plaintiffs the United States Secretary of Labor and the United States Department of Labor filed an *ex parte* motion for a temporary restraining order and order to show cause regarding a preliminary injunction. A hearing on the application is hereby scheduled for **TUESDAY, NOVEMBER 3, AT 9:00 A.M.** in Courtroom 8 on the 19th floor of the federal courthouse, 450 Golden Gate Avenue, San Francisco. The summons, complaint, application for a temporary restraining order, and all supporting declarations must be served on defendants by **TOMORROW, OCTOBER 30, AT 4:00 P.M.** Defendants may submit an opposition to the application by **MONDAY NOVEMBER 2, AT NOON**. No replies please.

    **IT IS SO ORDERED.**

Dated: October 29, 2015.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE