IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, and UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiffs,<br><br>  v.<br><br>i2A TECHNOLOGIES, INC., and VICTOR BATINOVICH,<br><br>    Defendants. | No. C 15-04963 WHA<br><br>**ORDER GRANTING SECRETARY OF LABOR'S MOTION FOR PRELIMINARY INJUNCTION** |

A temporary restraining order issued on November 3 (Dkt. No. 12). As discussed at the hearing today, this order hereby **CONVERTS** the temporary restraining order into a preliminary injunction against defendants i2A Technologies, Inc., and Victor Batinovich. No bond is required.

Going forward, the Court expects both sides to be candid and fair with full disclosure of all relevant facts, even if they are adverse, in order to assist the Court in understanding the true circumstances of the parties.

**IT IS SO ORDERED.**

Dated: November 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE