UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>I2A TECHNOLOGIES, INC, et al.,<br><br>　　　　Defendants. | Case No.  3:15-cv-04963-WHA<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　　That on November 19, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

　　　　Victor Batinovich
　　　　i2A Technology
　　　　3399 West Warren Avenue
　　　　Fremont, CA 94538

Dated: November 19, 2015

　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Dawn Toland, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable WILLIAM ALSUP