UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS E. PEREZ, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,**<br><br>                    Plaintiff,<br><br>v.<br><br>**i2A TECHNOLOGIES, INC., a California corporation; VICTOR BATINOVICH, an individual**<br><br>                    Defendants. | Case No.: 3:15-cv-4963-WHA<br><br>[~~PROPOSED~~] **ORDER TO SHOW CAUSE WHY DEFENDANT BATINOVICH SHOULD NOT BE INCARCERATED FOR FAILING TO PURGE DEFENDANTS' CIVIL CONTEMPT** |

The Secretary of Labor moves for an order directing Defendant Victor Batinovich and his company i2A Technologies, Inc. to appear and show cause why Batinovich should not be incarcerated unless and until Defendants comply with this Court's December 2, 2015 order and purge themselves of civil contempt by paying employees $56,470.42 in outstanding wages. Having considered the Secretary's motion, the memorandum of points and authorities, and supporting declarations, the Court **GRANTS** the Secretary's motion as follows:

**TO DEFENDANTS VICTOR BATINOVICH and i2A TECHNOLOGIES, INC.**

**YOU ARE HEREBY ORDERED TO APPEAR IN PERSON AND SHOW CAUSE** on February 18, 2016, at 8:00 a.m. in the United States District Court for the Northern District of California, San Francisco Division, Courtroom 8, 19th Floor, located at 450 Golden Gate Avenue, San Francisco California, if there be any, why the Court should not order the U.S. Marshal to take custody of Defendant Batinovich unless and until Defendants purge themselves of their civil contempt by paying employees $56,470.42 in outstanding wages.

1   Defendants shall file any written response to the Motion for Order to Show Cause no
2   later than ____ ~~a.m./p.m.~~ 12:00 p.m. on ___January 27___, 2016.
3   The Clerk shall please SERVE this order on Victor Batinovich at the address he provided
4   at the preliminary injunction.
5
6   **IT IS SO ORDERED.**
7   Dated this __19__ day of ___January___, 2016.
8
9   IT IS SO ORDERED
10
11  _____
    HONORABLE WILLIAM H. ALSUP
    UNITED STATES DISTRICT COURT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25