IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | No. C 15-04963 WHA |
| Plaintiff, | |
| v. | |
| i2a TECHNOLOGIES, INC., a California Corporation, VICTOR BATINOVICH, an individual, | **ORDER RESCINDING CUSTODY ORDER** |
| Defendants. | |

The Secretary of Labor has filed a statement averring that defendant Victor Batinovich has paid $56,470.42 (Dkt. No. 44). This order finds that Batinovich and defendant i2a Technologies, Inc., have purged themselves of contempt. The Court hereby rescinds the custody order requiring Batinovich to self-surrender at noon today, and the Court will not issue a bench warrant (Dkt. No. 40). To be clear, the preliminary injunction dated November 17, 2015 remains in effect (Dkt. No. 19).

**IT IS SO ORDERED.**

Dated: March 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE