UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

| | |
|---|---|
| Susan Y. Soong<br>Clerk of Court | General Court Number<br>415-522-2000 |

April 22, 2016

RE: 15-cv-04963-WHA  Thomas E Perez v. i2A Technologies, Inc.

Default is entered as to i2A Technologies, Inc and Victor Batinovich on April 22, 2016.

Susan Y. Soong, Clerk

_____
by:  D Merry
Case Systems Administrator