AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

UNITED STATES DEPARTMENT OF LABOR
                    Plaintiff (s),
          V.
i2A TECHNOLOGIES, INC., ET AL.
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-4963

Notice is hereby given that, subject to approval by the court, __VICTOR BATINOVICH__ substitutes
                                                                  (Party (s) Name)
STEVEN P. COHN, ESQ._____, State Bar No. __96808__ as counsel of record in
      (Name of New Attorney)

place of __DAN KO OBUHANYCH, ESQ._____.
              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:       ADVOCACY CENTER FOR EMPLOYMENT LAW
   Address:         2084 ALAMEDA WAY, SAN JOSE, CA 95126
   Telephone:       (408) 557-0300            Facsimile  (408) 557-0309
   E-Mail (Optional): SPC@JOBSLAW.ORG

I consent to the above substitution.
Date:   7/26/2016
                                                    _VICTOR BATINOVICH_
                                                    (Signature of Party (s))

I consent to being substituted.
Date:   7/25/16
                                                    _DAN OBUHANYCH_
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   7/21/2016
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   July 28, 2016.
                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]