IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>  v.<br><br>i2a TECHNOLOGIES, INC., a California Corporation, VICTOR BATINOVICH, an individual,<br><br>    Defendants. | No. C 15-04963 WHA<br><br>**NOTICE TO NEW COUNSEL AND VICTOR BATINOVICH** |

    Although the Court has approved Batinovich's request to substitute Steven P. Cohn as counsel, new counsel should be well aware that the Department of Labor has moved for entry of default judgment based on defendants' failure to answer the complaint. The response to that motion was due on July 15. No response was filed. If new counsel wish to file a response, they must seek leave of court to file a late response.

Dated: July 28, 2016.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE