United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>  v.<br><br>i2a TECHNOLOGIES, INC., a California Corporation, VICTOR BATINOVICH, an individual,<br><br>    Defendants. | No. C 15-04963 WHA<br><br>**ORDER SETTING SCHEDULE FOR HEARINGS ON MOTION FOR DEFAULT JUDGMENT AND MOTION TO SET ASIDE DEFAULT** |

      After defendants failed to respond to the complaint, the Clerk entered default pursuant to Rule 55(a). The Secretary of Labor now seeks entry of default judgment by the Court pursuant to Rule 55(b)(2). Defendants did not respond to the Secretary of Labor's motion; however, defendant Victor Batinovich sought leave to substitute counsel. On August 10, just over one week before the hearing on the scheduled hearing on the motion for entry of default judgment, Batinovich moved to set aside the default. Batinovich cites, *inter alia*, confusion and fraud involving the nature of his relationship with Tri Hoang and AIPAC, Inc., to whom he purportedly sold his interest in defendant i2a Technologies, Inc.

      Batinovich noticed the hearing for his motion for September 13, which is a Tuesday. The undersigned holds his civil law and motion calendar on Thursdays. In order to ensure that

all issues are properly considered, both motions shall be heard on **THURSDAY, SEPTEMBER 8 AT 8:00 A.M.** The briefing schedule remains as-is.

**IT IS SO ORDERED.**

Dated:  August 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE