IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | No. C 15-04963 WHA |
| Plaintiff, | |
| v. | |
| i2a TECHNOLOGIES, INC., a California Corporation, VICTOR BATINOVICH, an individual, | **NOTICE RE SEPTEMBER 8 HEARING** |
| Defendants. | |

At the hearing on September 8, both sides should be prepared to discuss the current ownership of i2a Technologies, Inc., and Victor Batinovich's continued employment, directorial, and ownership roles, if any, with regard to that company.

Dated: September 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE