**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. PEREZ, Secretary of Labor, United
States Department of Labor,

        Plaintiff,

  v.

i2a TECHNOLOGIES, INC., a California
Corporation, VICTOR BATINOVICH, an
individual,

        Defendants.

————————————————————————/

No. C 15-04963 WHA

**JUDGMENT**

     For the reasons stated in the accompanying order granting the Secretary of Labor's

motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of the Secretary

of Labor and against defendants i2a Technologies, Inc., and Victor Batinovich in the amount of

$410,647.68.  The Court will retain jurisdiction to ensure compliance with the terms of the

injunctions.  The Clerk **SHALL CLOSE THE FILE**.

     **IT IS SO ORDERED.**

Dated:   September 9, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE