**STEVEN P. COHN, ESQ.   SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, CA 95126
Telephone: (408) 557-0300
Facsimile: (408) 557-0309

Attorneys for Defendant
VICTOR BATINOVICH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>       Plaintiff,<br><br>       vs.<br><br>i2A TECHNOLOGIES, INC., a California Corporation; VICTOR BATINOVICH, an individual.<br><br>       Defendants. | Case No.: 3:15-cv-4963<br><br>**DECLARATION OF VICTOR BATINOVICH IN SUPPORT OF DEFENDANT VICTOR BATINOVICH'S REPLY TO SECRETARY OF LABOR'S STATUS REPORT** |

   I, Victor Batinovich, am a named Defendant in this action, have personal knowledge of, and am competent to testify to the following:

   1.   I have no ability to pay the default judgment entered against me in this action, nor do I have any funds which would allow me to propose even a modest payment plan for the amount owed.

   2.   I am presently unemployed, and have been since I left i2a Technologies, Inc. in or about July of 2015. I have had no steady source of income since that time period other than social security payments I receive.

3. I have filed a Third-Party Complaint against AIPAC, Inc., Tri Minh Hoang, and the Tri Hoang Group dba Sean Institute in another FLSA lawsuit filed against me, entitled *Connolly v. i2a Technologies, Inc., et al*, Case No. 4:16-cv-2131, incident to these entities having stolen my company, i2a Technologies, Inc., from me, defrauding me from its assets, and failing to pay liabilities arising from its operation that they promised they would assume, including the wage liabilities sought in this action which resulted in the present default judgment. Through that other action, I am seeking indemnity from these third-party defendants for this default judgment against me and for the return of i2a Technologies, Inc.'s assets against which I hope to satisfy this default judgment. The Department of Labor has refused to participate in such claims when it denied my request for stipulation to file third-party claims against these third-party defendants in the present Department of Labor action. A copy my proposed cross-complaint against these third-party defendants was previously submitted to this Court with my earlier Motion to Set Aside Entry of Default.

4. I am not paying my attorneys their presently-owed and further-anticipated fees, as I have no ability to pay these. My attorneys have advised me that they are withdrawing from my representation in the *Connolly v. i2a Technologies, Inc., et al*, Case No. 4:16-cv-2131, due to my continued inability to pay their fees.

5. My wife is also presently unemployed, and we are currently living off the charity of friends and family for financial support. I am borrowing a car that belongs to a friend, I have utilities and other bills past due which I cannot pay, and I am unable to pay our mortgage, which is delinquent. As of my last bank statement, I had just over $270.00 available, which I have since spent, and I have no further savings available to me. Attached as **Exhibit A** are copies of relevant financial documents which evidence my current indebtedness and lack of funds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of December, 2016, at San Jose, California.

By: ___/s/ Victor Batinovich___
VICTOR BATINOVICH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attestation Pursuant to Civil Local Rule 5.1(i)

Pursuant to Civil Local Rule 5.1(i), I, Steven P. Cohn, Esq., hereby attest that I have obtained concurrence in the filing of this document from the signatory on this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19th, 2016 at San Jose, California.

By: /s/ Steven P. Cohn, Esq.
STEVEN P. COHN, ESQ.

# EXHIBIT A

# NOTE SECURED BY A DEED OF TRUST

Loan Number: **9513**     Date: **03/04/2015**     San Jose, California

**3085 Paseo Vista Ave., San Martin, CA 95046**
Property Address

### 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. **$800,000.00** (this amount will be called "principal"), plus interest, to the order of **Thomas P. Tuttle and Catherine M. Tuttle, Trustees of The Tuttle 2000 Living Trust dated 11/22/00, as to an undivided 100% interest** (who will be called "Lender"). I understand that the Lender may transfer this Note. The Lender or anyone else who takes this Note by transfer and who is entitled to receive payments under this Note will be called the "Note Holder(s)."

### 2. INTEREST

I will pay interest at a yearly rate as described in paragraph 3 below.

Interest commences on **03/06/2015**, and, if paragraph 3 reflects more than one interest rate during the loan term, the rate will change on the date which is one (1) calendar month before each Payment Start Date.

Interest will be charged on unpaid principal until the full amount of principal has been paid.

I also agree to pay interest at the rate described in paragraph 3 below on the prepaid finance charges which are a part of the principal.

### 3. PAYMENTS

My payments are  ☒ Interest Only   ☐ Fully Amortized   ☐ Other
I will make my payments each month as follows:

| Number of Payments | Payment Start Dates | Interest Rates | Payment Amounts |
|---|---|---|---|
| 23 | Monthly beginning May 1, 2015 | 10.00% | $6,666.67 |
| 1 | April 1, 2017 | 10.00% | $806,666.67 |

 *$960,000*

I will make these payments until I have paid all of the principal and interest and any other charges that I may owe under this Note. If on **04/01/2017** (the Due Date) I still owe amounts under this Note (balloon balance), I will pay all those amounts, in full, on that date.

I will make my payments payable to **The Tuttle 2000 Living Trust, 5302 Greenside Dr., San Jose, CA 95127**, or at a different place if I am notified by the Note Holder or the Agent for the Note Holder.

### 4. BORROWER'S FAILURE TO PAY AS REQUIRED

**(A) Late Charge For Overdue Payments.** If I do not pay the full amount of each monthly payment by the end of **10** calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **10.000%** of my overdue payment or U.S. **$5.00**, whichever is more. I will pay this late charge only once on any late payment.

In the event a balloon payment is delinquent more than **60** days after the date it is due, I agree to pay a late charge in an amount equal to the maximum late charge that could have been assessed with respect to the largest single monthly installment previously due, other than the balloon payment, multiplied by the sum of one plus the number of months occurring since the late payment charge began to accrue.

**(B) Default.** If I do not pay the full amount of each monthly payment due under this Note by the date stated in paragraph 3 above, I will be in default, and the Note Holder may demand that I pay immediately all amounts that I owe under this Note.

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(C) Payment of Note Holder's Costs and Expenses.** If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back for all its costs and expenses to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorney's fees. A default upon any interest of any Note Holder shall be a default upon all interests.

### 5. BORROWER'S PAYMENTS BEFORE THEY ARE DUE - PREPAYMENT PENALTIES

I have the right to make payments of principal at any time before they are due. A payment of principal only is known as "prepayment." If I pay all or part of the loan principal before it is due, whether such payment is made voluntarily or involuntarily, I agree to pay a prepayment penalty computed as follows: **The lender is entitled to earn a minimum 3 months interest. There is no pre-pay after 3 months interest has been paid.**

### 6. BORROWER'S WAIVERS

I waive my rights to require the Note Holder to do certain things. Those things are: (a) to demand payment of amounts due

# seterus™

PO Box 1077; Hartford, CT 06143-1077

*[handwritten: WAS CHASE MORTGAGE]*

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Physical Address**
14523 SW Millikan Way; Suite 200; Beaverton, OR 97005

**Payments**
PO Box 54420; Los Angeles, CA 90054-0420

**Correspondence, Inquiries, and Notices**
PO Box 1077; Hartford, CT 06143-1077

**Phone:** 866.570.5277
**Fax:** 866.578.5277
www.seterus.com

000748

L115AP.1

BATINOVICH, ANN A
3085 PASEO VISTA AVE
SAN MARTIN, CA  95046-9707

October 17, 2016
Loan number: ███976
Serviced by Seterus, Inc.

RE: 3085 PASEO VISTA AVE
    SAN MARTIN, CA  95046-9707

Your loan is in default, due to the non-payment of the following amount:
  Amount Due:     $7,642.40
  Amount Due By:  November 21, 2016  ("Expiration Date")

We hereby demand that you bring your loan up to date ("cure this default") by payment of the amount due stated above. In addition, your regular payment may become due by the Expiration Date. The delinquent amount of principal continues to accrue interest.

If full payment of the default amount is not received by us in the form of a certified check, cashier's check, or money order on or before November 21, 2016, we will accelerate the maturity date of your loan and upon such acceleration the ENTIRE balance of the loan, including principal, accrued interest, and all other sums due thereunder, shall, at once and without further notice, become immediately due and payable.

Failure to cure the default on or before November 21, 2016 may result in acceleration of the sums secured by the mortgage and may result in the sale of the premises. If you send only a partial payment, the loan still will be in default. Additionally, we will keep the payment and may accelerate the maturity date.

IF THE DEFAULT IS NOT CURED ON OR BEFORE THE EXPIRATION DATE, THE LOAN OWNER AND WE INTEND TO ENFORCE THE LOAN OWNER'S RIGHTS AND REMEDIES AND MAY PROCEED WITHOUT

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

**WELLS FARGO**

# Account Statement

Statement Date: November 15, 2016
Page 1 of 5

9,092    (CO654)
I-4

VICTOR A BATINOVICH
ANN A BATINOVICH
3085 PASEO VISTA AVE
SAN MARTIN CA 95046-9707

## Customer Service

Telephone
1-866-439-3557 (1-866-HE-WELLS)
Español: 1-866-297-4535

Online Banking
www.wellsfargo.com

Correspondence
Wells Fargo Bank, N.A.
P.O. Box 10335
Des Moines, IA 50306

Do not send payment to this address

## Payments

By mail
Wells Fargo Bank, N.A.
PO Box 51172
Los Angeles, CA 90051-5472

Overnight mail
Wells Fargo Bank, N.A.
Attn:Payment Services
2324 Overland Ave
Billings, MT 59102-6401

Principal only payments
Wells Fargo Bank, N.A.
PO Box 51170
Los Angeles, CA 90051-5470

## EquityLine with FlexAbility
Victor A Batinovich
Ann A Batinovich
**Account Number:**

## Activity summary

| | |
|---|---:|
| Approved line of credit | $467,900.00 |
| Credit in use: | |
| Line | $43,489.29 |
| FIXD*** | $368,054.13 |
| Total credit in use | $411,543.42 |
| Available credit* | $0.00 |
| Beginning balance owed** | $416,186.78 |
| Ending balance owed** | $418,583.30 |

*Line of Credit Restricted.
** These balances include unpaid finance charges and other unpaid fees and charges. The ending balance owed is not a payoff amount. If you want to pay off and close your Home Equity Line of Credit, please contact Customer Service for detailed payoff instructions. Payoffs attempted in other ways may not close the account, resulting in a delay of the release of your collateral.
***FIXD refers to your Fixed Rate Advance(s)



**WELLS FARGO**

**Joint Statement**
Statement Date: November 15, 2016
5 of 5

9,096

..........................{Tear Here}..........................
*Return this portion with your payment*

**VICTOR A BATINOVICH**
ANN A BATINOVICH
3085 PASEO VISTA AVE
SAN MARTIN CA 95046-9707

**EquityLine with FlexAbility payment coupon**

Account number:
Payment due 12/10        $11,740.20

Total amount enclosed
$

Make Check Payable
And Send To:

WELLS FARGO BANK, N.A.
PO BOX 51172
LOS ANGELES, CA 90051-5472

A late fee may be assessed if yo
scheduled payment is not
received within 10 days of date
shown above.

565404206                 000     00001174020



STATE OF CALIFORNIA                                                                  CR13
FRANCHISE TAX BOARD
PO Box 942840                                                              Notice Date: 10/21/16
Sacramento CA 94240-0000
                            496627121311

1021161514++++++++++■■■■■■■■■■00000000000000000000267967333

inal Notice Before Levy and Lien                  Account Number: ■■■■■■

☐ Mark box and write new address on reverse.     Tax Years:  2015, 2014

ANN BATINOVICH

ANN BATINOVICH 1997 ALSOP RVOC
3085 PASEO VISTA AVE
SAN MARTIN CA 95046-9707
                                                  Balance: **$26,796.73**
                                                  Due Date: **11/05/16**

Detach and mail with your payment. Do not mail top voucher if you paid electronically.

inal Notice Before Levy and Lien

otice Date: 10/21/16        Account Number: ■■■■■■

his notice serves as **your final demand for payment.** We previously
lled you for the balance, which remains unpaid. The Account Balance
ummary below provides specific details. No additional interest accrues if
e receive full payment within 15 days from the notice date.

we do not receive your balance payment in full within 30 days from the
otice date, we intend to take collection action against you without further
otice. We may impose a collection fee, garnish a portion of your wages,
tach bank and financial deposit accounts, seize and sell real and
ersonal property, and contact third parties. We may also file and record a
otice of State Tax Lien against your property. A lien may appear on your
edit report, negatively impact your credit, and prevent your ability to
finance, sell, or transfer property. See the enclosed FTB 1140, *Personal
come Tax Collections Information*.

you are financially unable to pay the balance in full, you may be eligible to
ake monthly payments through our Installment Agreement Program. Go
 **ftb.ca.gov** and search for **installment agreement** or call (800) 689-
776.

you think you do not owe this amount, call (866) 418-3702, (916) 845-
)51, TTY/TDD: (800) 822-6268, or fax (916) 845-9352 weekdays, except
ate holidays. If you have already paid the balance, contact us immediately with proof of payment (such as the number
amped on your canceled check).

### How to Pay Your Balance

- If you are required to pay electronically, go to **ftb.ca.gov** and search for **mandatory e-pay** for payment methods. Penalties apply if you pay by other means.
- **Online, installment agreement, and other payment options:** See enclosed FTB 4032, *Pay Your Taxes Online*, or go to **ftb.ca.gov** and search for **payment options**.
- **Check or money order:** Make payable to the **Franchise Tax Board**. Write your full name and account number on your payment. Mail your payment and top voucher in the enclosed envelope or to the address above.

**Account Balance Summary** as of 10/21/16

| Tax Year | Tax | Penalty Amount | Code | Interest | Collection Fees | Payments | Adjustments | Tax Year Amount |
|---|---|---|---|---|---|---|---|---|
| 2015 | $22,737.00 | $1,962.88 | BC | $373.10 | $0.00 | $0.00 | $0.00 | $25,072.98 |
| 2014 | $1,421.00 | $233.18 | BC | $69.57 | $0.00 | $0.00 | $0.00 | $1,723.75 |

| Other Liability Codes = = > | | Other Liability Amount = = > | |
|---|---|---|---|
| See penalty and other liability codes on reverse. | | Balance | $26,796.73 |

FTB 4966 V1 (REV 06-2015)              496627121311

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 942867
SACRAMENTO CA 94267-0011

Notice Date: 09/26/2016

496300091381

09261614++++++++++++ ████████ 00000000000000000000000370051973

## Notice of State Income Tax Due

☐ Mark box and write new address on reverse.

VICTOR BATINOVICH
3085 PASEO VISTA AVE
SAN MARTIN CA 95046-9707

Account Number: ████████

Tax Year: 2014

Balance: $37,005.19

Due Date: 10/11/2016

Detach and mail with your payment. Do not mail top voucher if you paid electronically.

## Notice of State Income Tax Due

Notice Date: 09/26/2016
Notice ID: 16UXTYD9KCI0
Account Number: ████████

This notice summarizes the balance that is now due and payable on your personal income tax account with the State of California. The Account Balance Summary below provides specific details. If you owe for any other tax years, we will mail a separate notice. No additional interest accrues if we receive full payment within 15 days from the notice date. If you think you do not owe this balance, call 800.852.2753 or TTY/TDD 800.822.6268.

The balance due reflects all payments and/or credits posted through 09/20/2016. If you paid the full balance after this date, disregard this notice. If you paid the full balance before this date, contact us immediately with proof of payment. If you write to us, provide a daytime or evening telephone number. We may need to call you for additional information.

If we do not receive your balance payment in full within 30 days from the notice date, we may begin collection action against you, such as file and record a Notice of State Tax Lien against your property and impose a collection cost recovery fee.

### How to Pay Your Balance

- If you are required to pay electronically, go to **ftb.ca.gov** and search for **mandatory e-pay** for payment methods. Penalties apply if you pay by other means.
- **Online and other payment options**: Go to **ftb.ca.gov** and search for **payment options**.
- **Check or money order**: Make payable to the **Franchise Tax Board**, write your full name and account number on your payment. Mail your payment and top voucher in the enclosed envelope or to the address above.

### Account Balance Summary

| Tax Year | Tax | Penalty | Penalty Codes | Interest | Collection Costs | Payments and Adjustments | Total |
|---|---|---|---|---|---|---|---|
| 2014 | $28,344.00 | $7,086.00 | A | $1,575.19 | | | $37,005.19 |

| Other Liability Codes ▶ | | | | | Other Liability Total ▶ | | |
| | | | | | Balance ▶ | | $37,005.19 |

See enclosed FTB 1140 EDR, *Personal Income Tax Collections Information*
See penalty and other liability codes on reverse.

FTB 4963 (NEW 09-2013)       496300091381



# COUNTY OF SANTA CLARA
## SECURED PROPERTY TAX BILL
### FISCAL YEAR JULY 1, 2016 - JUNE 30, 2017

2016-2017

**George M. Putris**
Tax Collector
County Government Center, East Wing
70 West Hedding Street
San Jose, CA 95110-1767

Tax Information : 408-808-7900  scctax@tax.sccgov.org
Pay your taxes on-line at www.scctax.org using an e-Check or major credit card. See reverse for payment instructions.

| PARCEL | TAX RATE AREA | BILL ID | BILL DATE |
|---|---|---|---|
| 825-29-039-00 | 087-004 | 4400100 | 09/18/2016 |

**MAILING ADDRESS**

BATINOVICH ANN A AND VICTOR A

3085 PASEO VISTA AVE
SAN MARTIN  CA 95046-9707

### IMPORTANT MESSAGES

Your 2016/17 Secured Property Tax Bill has a new format! For a detailed summary of the key changes, please visit www.scctax.org and click on the link "Tax Bill Format" or call Tax Information at (408) 808-7900.

This is a copy of the tax bill requested by your lender. If you are to pay instead of the lender, use the appropriate payment stub to ensure credit to your account.

**Property Address**
3085 PASEO VISTA
SAN MARTIN CA 95046
Assessed owner on January 1, 2016
BATINOVICH ANN A AND VICTOR A
DOCUMENT NUMBER :   10024953

**Contact Information**

| TAX INFORMATION | CHANGE OF ADDRESS | VALUE CHANGES | EXEMPTIONS |
|---|---|---|---|
| (408)808-7900 | (408)299-5526 | (408)299-5300 | (408)299-6460 |
| scctax@tax.sccgov.org | addresschange@asr.sccgov.org | rp@asr.sccgov.org | exemptions@asr.sccgov.org |

COPY

|  | Assessed Values | Tax Rate | Tax Amount |
|---|---|---|---|
| Land | 380,449 |  |  |
| Improvements | 639,538 |  |  |
| **Total Land & Improvements** | 1,019,987 | 0.000086 | 87.72 |
| Personal Property | 0 |  |  |
| **Total Assessed Value** | 1,019,987 | 0.011529 | 11,759.43 |
| Less Homeowner's Exemption | 7,000 | 0.011529 | 80.70 |
| Less Other Exemption |  |  |  |
| Rounding Adjustment |  |  | -0.01 |
| Taxes |  |  | $11,766.44 |

| Special Assessment Taxes | Amount |
|---|---|
| 728 SCVWD Safe, Clean Water | 91.54 |
| 847 Mosquito-Vector Control Assmt | 5.08 |
| 848 Mosquito-Vector Asmt #2 | 9.10 |
| 851 LIBRARY CFD 2013-1 | 33.66 |
| 990 SCVOSA ASMT DIST 1 | 12.00 |
| 991 SCVOSA Measure Q | 24.00 |
| **Special Assessments** | **$175.38** |

| Taxing Agency | Tax Rate |
|---|---|
| 1% MAXIMUM LEVY | 0.010000 |
| CO BOND 2008 HOSP FAC | 0.000086 |
| CO LIBRARY RETIREMENT | 0.000024 |
| CO RETIREMENT LEVY | 0.000388 |
| COMM COLLEGE BONDS | 0.000216 |
| ELEM OR UNIF SCH BONDS | 0.000815 |
| **Total Assessed Value Rate** | **0.011529** |
| SCVWD-STATE WATER PROJ | 0.000086 |
| **Total Land & Improvement Rate** | **0.000086** |

CORTAC NUMBER : 5802

|  | DUE 11/01/2016 Delinquent After 12/10/2016 | DUE: 02/01/2017 Delinquent After 04/10/2017 | TOTAL AMOUNT |
|---|---|---|---|
| Taxes and Special Assessments | $5,970.91 | $5,970.91 | $11,941.82 |
| Delinquent Penalty 10% | $0.00 | $0.00 | $0.00 |
| Delinquent Cost | $0.00 | $0.00 | $0.00 |
| Returned Check Charge | $0.00 | $0.00 |  |
| **Total Installment Amount** | **$ 5,970.91** | **$ 5,970.91** | **$11,941.82** |

SEC-REG-20160928

102692

ANN BATINOVICH
3085 PASEO VISTA AVE
SAN MARTIN, CA 95046-9707

at&t

Bill Cycle Date: 09/17/16 - 10/16/16
Account:

Visit us online at: **www.att.com**

# Wireless Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Balance | $761.87 |
| Payment - 10/13 - Thank You! | $761.87CR |
| Adjustments | $0.00 |
| Balance | $0.00 |
| New Charges | $441.61 |
| **Total Amount Due** | **$441.61** |
| Amount Due in Full by | Nov 07, 2016 |



Get the
Samsung
Galaxy S7

for $0 down on AT&T Next®
Add a smartphone today!
att.com/addtoday
an AT&T store
877.981.7155

Samsung Galaxy S7 edge
Samsung Galaxy S7

$0 Down: Divides retail price into monthly installments. Req's AT&T Next or AT&T Next Every Year installment agmt. Tax due at sale. Down payment option avail. & may be req'd. Svc: Req's elig. postpaid voice & data. If svc is cancelled, balance is due. Details at att.com/next. Gen. Svc: Subj. to Wireless Customer Agmt (att.com/wca). Deposit may be req'd. Purch. limits apply. Credit approval, taxes, activ./upgrade (up to $20) & other fees, monthly & other charges, usage, coverage & other restrs per line apply. Pricing, terms, & restr's subject to change. You get an off-net (roaming) usage allowance for each svc. If exceed your allowance, svc(s) may be restricted/terminated. Other restr's apply & may result in svc termination.

## Wireless

| Service | Page | Total |
|---|---|---|
| **Wireless** | | $441.61 |
| 408 460-6520 $61.33 | 1 | |
| 408 460-7125 $168.21 | 2 | |
| 408 603-3405 $42.89 | 3 | |
| 408 767-8354 $41.66 | 3 | |
| 408 887-7214 $127.52 | 3 | |
| **Total New Charges** | | **$441.61** |

### Group 3 - Usage Summary - Sep 17 thru Oct 16

**AT&T Unlimited Plan** - Includes unlimited domestic wireless data, talk and text, and access to the AT&T Wi-Fi Basic network for smartphones and select wireless devices. After 22GB of wireless data usage, reduced speeds may apply. Additional monthly access charge applies for each device. Requires eligible TV service. If you do not meet the eligibility restrictions for this plan you will be moved to another plan. Additional restrictions apply.

| | Data Used (GB) | Messages | Minutes |
|---|---|---|---|
| 408 460-6520 | 0.02 | 12 | 836 |
| 408 460-7125 | 0.47 | 866 | 1,375 |
| 408 603-3405 | 12.02 | 1,092 | 374 |
| 408 767-8354 | 2.91 | 0 | 0 |
| 408 887-7214 | 5.75 | 1,021 | 545 |
| **Total** | **21.16** | **2,991** | **3,130** |

**408 460-6520**
ANN BATINOVICH

**World Connect Value East Asia & India** - Includes discounted calling rates to over 225 countries when calling from the U.S., Puerto Rico and U.S. Virgin Islands. Package includes rate of $0.00 per minute to China, Hong Kong, India, Singapore, South Korea, Mexico and Canada. Go to att.com/worldconnect for details and country specific rates.

**Manage Your Account:**
Online: att.com/myatt
Mobile App: att.com/myattapp
Support: 800 331-0500 or 611 from your mobile device
TTY: 866 241-6567

 For Important Information about your bill, please see the **News You Can Use** section (Page 9).

Return bottom portion with your check in the enclosed envelope.

 Wireless Services provided by AT&T Mobility, LLC.

# 48-HOUR NOTICE
www.pge.com/MyEnergy



Account No: 7638028280
Statement Date: 11/14/2
Due Date: 11/18/2

**Service For:**

VICTOR BATINOVICH
3085 PASEO VISTA AVE
SAN MARTIN CA 95046

## Your Account is Past Due

**Please pay $1,131.45 by 11/18 to avoid service termination.**

### Account Summary

| | |
|---|---|
| Past Due Amount (Please Pay by 11/18) | $ 1,131.45 |
| Current Charges | 447.20 |
| **Total Account Balance** | **$ 1,578.65** |

### Ways To Pay:


Do Not Mail Payment


www.pge.com/MyEnergy


**Local Office:**
111 ALMADEN BLVD
SAN JOSE CA 95113

**Neighborhood Payment Center:**
http://www.pge.com/mypaycenter


1-877-704-8470
24 Hours per day, 7 days per week

Dear VICTOR BATINOVICH:

Our records indicate that your account has an overdue balance. To avoid disconnection of your utility service, please pay the past due amount of $1,131.45 **on or before 11/18/2016.** For assistance or to make a payment, please contact Customer Service at 1-800-743-5000 or visit a local office. We are available to help you. You may also be eligible for financial assistance and income-qualified energy assistance programs.

PLEASE NOTE: If your utility service is disconnected for non-payment, there will be additional service charges and you will be required to pay all past due amounts before service is restored. In addition, a deposit may be required to re-establish your credit,

Please see important customer information on the back of this notice.

---

DO NOT MAIL

9990 ■■■■■■■■ 000004472000000113145



| Account Number: | Due Date: | Amount Due: | Amount Enclosed: |
|---|---|---|---|
| ■■■■■■■ | 11/18 | $1,131.45 | $ |

872520015986 01 AT   0.396  50 6950 2

VICTOR BATINOVICH
3085 PASEO VISTA AVE
SAN MARTIN  CA  95046 9707



### Do Not Mail Payment

To make a payment, visit your local office, Neighborhood Payment Center or pay by phone (1-877-704-8470).

Printed on recycled paper.   Form 610623  9.13

Rancho Robles Mutual Water & Road Company

P.O. Box 1363
Morgan Hill, CA 95038-1363

# Invoice

| Date | Invoice # |
|---|---|
| 11/1/2016 | 20161134 |

| Lot #: | 34 |
|---|---|

**Bill To**

Ann Batinovich
3085 Paseo Vista
San Martin, CA 95406-9707

**Ship To**

Ann Batinovich
3085 Paseo Vista
San Martin, CA 95406-9707
APN#825-29-039

Meters are read on the last day of each month.

| | End Meter: | 3,282,420 |
|---|---|---|
| | Start Meter: | 3,280,160 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Monthly Base Fee | 45.00 | 45.00 |
| | Monthly reserve fee | 50.00 | 50.00 |
| 2,260 | Base rate for all gallons used | 0.0025 | 5.65 |
| 0.5 | Late Payment Fee | 20.00 | 10.00 |

0-50,000 = $2.50 per 1,000 gallons
50,001-100,000 = $3.00 per 1,000 gallons
Over 100,000 = $5.00 per 1,000 gallons
Late Payment Fee = $20.00
Interest = 1% of past due balance

| Total: | $110.65 |
|---|---|
| Payments/Credits: | $0.00 |
| Balance Due on Current Invoice: | $110.65 |
| **Total Account Balance:** | **$522.00** |
| Due Date: | 11/30/2016 |

*Please pay the TOTAL ACCOUNT BALANCE. This is the total amount you currently owe for water and road.*

A $20 LATE CHARGE WILL APPLY IF PAYMENT NOT RECEIVED BY THE LAST DAY OF THE MONTH.

Questions:   jennifer.sullivan89@gmail.com   (408) 531-7720

TEMPERATURE COMPENSATED METER
VOLUME CORRECTED TO 60°F

**DASSEL'S**
**PETROLEUM, INC.**
31 WRIGHT ROAD, HOLLISTER, CA 95023
PHONE (831) 636-5100
FAX (831) 637-9281

*[receipt body illegible]*

Due: 399.94

CUSTOMER COPY

400