EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | PHONE NUMBER |
|---|---|
| ■ Recording requested by and return to: | 415-625-7766 |

LAURA TRIZUTO, Paralegal for TARA STEARNS, Trial Attorney.
US DEPT OF LABOR, OFC. OF THE SOLICITOR
90 7TH ST, STE 3700
SAN FRANCISCO CA 94103

■ ATTORNEY FOR    ■ JUDGMENT CREDITOR    □ ASSIGNEE OF RECORD

| NAME OF COURT: | U.S. DISTRICT COURT |
|---|---|
| | NORTHERN DISTRICT OF CALIFORNIA |
| STREET ADDRESS: | |
| MAILING ADDRESS: | 450 GOLDEN GATE AVE, 16TH FLOOR |
| CITY, STATE, ZIP: | SAN FRANCISCO, CA 94102 |
| PHONE NUMBER: | (415) 522-2000 |

*FOR RECORDER'S USE ONLY*

| PLAINTIFF: | EDWARD C. HUGLER, Acting Secretary of the US Dept. of Labor |
|---|---|
| DEFENDANT: | i2a, TECHNOLOGIES, Inc., a California corporation; and VICTOR BATINOVICH, an individual |

## ABSTRACT OF JUDGEMENT     □ Amended          CASE NUMBER:  C 15-04963 WHA

1. The ■ judgment creditor   □ assignee of record
applies for an abstract of judgment and represents the following:

*FOR COURT USE ONLY*

a.    Judgment debtor's Name and last known address

> VICTOR BATINOVICH
> 3085 PASEO VISTA AVE
> SAN MARTIN CALIFORNIA 95046-9707

b.   Driver's license # and state:                                    ■ Unknown

c.   Social Security #:          566-90-xxxx                    ■ Unknown

d.   Summons or notice of entry of sister-state judgment was personally served or
mailed to (name and address):

e.   □ Original abstract recorded in this county:          f.   □ Information on additional judgment debtors
                                                                                  is shown on page two.

(a)  Date:    _____

(b)  Instrument #:    _____

Date:    March 15, 2017              LAURA TRIZUTO                    ► *Laura Trizuto*
_____              _____
                         (TYPE OR PRINT NAME)                         (SIGNATURE OF APPLICANT OR ATTORNEY)

2a. ■ I certify that the following is a true and correct abstract of     6.   Total amount of judgment as entered or last renewed:
the judgment entered in this action.                                              $410,647.68

   b. □ A certified copy of the judgment is attached.          7.   □ An          □ execution lien
                                                                                       □ attachment lien
                                                                              is endorsed on the judgment as follows:

3. Judgment creditor *(name and address):*                              a. □ Amount $: _____
       EDWARD C. HUGLER, Acting Secretary of Labor, USDOL
       address same as above judgment creditor
                                                                                   b. □ In favor of *(name and address):*
_____

Judgment debtor *(full name as it appears in judgment):*
VICTOR BATINOVICH, an individual                              8.          A stay of enforcement has:
a. Judgment entered on *(date):*          9/9/2016              a. ■ not been ordered by the court
   b. Renewal entered on *(date):*    _____     b. □ been ordered by the court effective until *(date):*
                                                                                   _____

                                                                              9 □ This judgment is an installment judgment.

[SEAL]          This abstract issued on (date):

                          3/24/2017

                                                          Clerk, by  *A L Clayton*          , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

### ABSTRACT OF JUDGMENT
(CIVIL)

Page 1 of 2
Code of Civil Procedure, §§ 488.480
674, 700.190

American LegalNet, Inc.
www.USCourtForms.com